# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:15MJ00149

  -vs-

Chief Magistrate Judge Sharon L. Ovington

ADRAIN PIEDRA CORDOBA,

    Defendant.

## BINDOVER ORDER

    This matter was set for preliminary examination on May 21, 2015.  Upon the evidence adduced, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury to answer that charge.

May 28, 2015

                                                s/ Sharon L. Ovington
                                                  Sharon L. Ovington
                                            Chief United States Magistrate Judge